United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**
No. 97-2907

In re: Burma Jean Martin,            *
                                    *

          Debtor,          *
                                    *

--------------------     *
                                    *

John Paul Martin; Hazel Victoria   *
Martin,                 *

                    * Appeal from the United States
          Appellants,    * District Court for the Eastern
                    * District of Arkansas.
      v.            *
                    *     [UNPUBLISHED]

Burma Jean Martin,         *
                                    *

          Appellee,     *
                                    *

--------------------     *
                                    *

Richard L. Cox,           *
                                    *

        Trustee-Appellee.    *

_____

Submitted: January 22, 1998
Filed: February 20, 1998
_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
     Judges.

_____

PER CURIAM.

John Paul Martin and Hazel Victoria Martin, husband and wife, appeal from the District Court[1] order affirming the Bankruptcy Court[2] order denying their motion for abandonment of two parcels of property from their daughter's bankruptcy estate. After carefully reviewing the record and the parties' briefs, we conclude the Bankruptcy Court's decision was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

[2]The Honorable Mary D. Scott, United States Bankruptcy Judge for the Eastern District of Arkansas.